IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-92-D

| | |
|---|---|
| TIMOTHY E. SUGGS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in defendant's memorandum of law in support of its motion to dismiss [D.E. 4], the court GRANTS defendant's motion to dismiss [D.E. 3]. See Fed. R. Civ. P. 12(b)(1), (5). The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

SO ORDERED. This __7__ day of August, 2024.

JAMES C. DEVER III
United States District Judge