UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY E. SUGGS, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:24-CV-92-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 3]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

This Judgment filed and entered on August 8, 2024, and copies to:
Katharine Paige O'Hale    (via CM/ECF electronic notification)
Timothy E. Suggs, Jr.    (via US Mail to 2209 Cotton Drive, Tarboro, NC 27986)

August 8, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk